FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

December 15, 2021

Nos. 04-21-00479-CR, 04-21-00480-CR, 04-21-00481-CR

Robert **MAY**, Jr.,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 18-03-00038-CRK
Honorable Lynn Ellison, Judge Presiding

# O R D E R

The clerk's records were due to be filed in this court on November 29, 2021. After the due date, the Bexar County District Clerk filed a notification of late record. The notice requested an extension of time to file the records until January 7, 2022.

The request is GRANTED. The clerk's records are due on January 7, 2022. *See* TEX. R. APP. P. 35.3(c).

Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of December, 2021.



MICHAEL A. CRUZ, Clerk of Court